```
 1  DENNIS S. WAKS, Bar #142581
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ISRAEL JAVIER HERNANDEZ-QUINTANA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  NO. CR-S-05-331 WBS
                                 )
14            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE
15       v.                      )
                                 )
16  ISRAEL HERNANDEZ-QUINTANA,   )  DATE: January 25, 2006
                                 )  TIME: 9:00 a.m.
17            Defendant.         )  JUDGE: William B. Shubb
                                 )
18  _____)
                                 )
19                               )
```

20      It is hereby stipulated and agreed to between the United States of

21 America through Phil Ferrari, Assistant United States Attorney, and

22 defendant, Israel Hernandez-Quintana, by and through his counsel,

23 Matthew C. Bockmon, Assistant Federal Defender, that the status

24 conference presently scheduled for January 11, 2006 be vacated, and

25 rescheduled for status conference on January 25, 2006 at 9:00 a.m.

26      This continuance is requested because undersigned defense counsel

27 will be receiving a second opinion from a Spanish-speaking panel

28 attorney when he becomes available to meet and confer with Mr.

Hernandez-Quintana.

IT IS FURTHER STIPULATED that the period from the date of the signing of this order to January 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 9, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ISRAEL HERNANDEZ-QUINTANA

Dated: January 9, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
PHIL FERRARI
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: January 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                                2

Stip & Order                              3