1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax: (916) 447-0592

4  Attorney for Defendant

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            ) Case No.:  CRS 05-0331 WBS
                                        )
10            Plaintiff,                ) STIPULATION FOR SUBSTITUTION OF
                                        ) ATTORNEY
11     vs.                              )
                                        )
12 ISRAEL JAVIER HERNANDEZ-             )
                                        )
13 QUINTANA,                            )

14            Defendant

15 TO:  THE JUDGE OF THE ABOVE ENTITLED COURT, TO ASSISTANT UNITED STATES

16 ATTORNEY PHILIP A. FERRARI, AND TO FEDERAL DEFENDER MATTHEW

17 BOCKMAN:

18      The Defendant, Israel Javier Hernandez-Quintana, by and through his present attorney,

19 DANNY D. BRACE, JR., request permission from this court to allow his retained attorney,

20 DANNY D. BRACE, JR., to replace the Office of the Federal Defender, Matthew Bockman as

21 his attorney of record in the above case, now set hearing on February 16, 2006 at 8:30 a.m.

22                          Respectfully submitted,

23
   Date: 1-30-06                              By:  _____/s/_____ ,
24                                                 DANNY D. BRACE, JR.,
                                                   Attorney for Defendant
25

STIP AND ORDER TO EXTEND TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4  I request the above substitution

5

6  _____/s/_____
   ISRAEL JAVIER HERNANDEZ-QUINTANA

7

8  I accept the above substitution

9

10  _____/s/_____
    DANNY D. BRACE, JR.

11  Attorney at Law

12

13  I agree to the above substitution

14

15  _____/s/_____
    MATTHEW BOCKMON

16  Office of the Federal Defender

17  (original signatures retained by attorney)

18

19

20                    **IT IS SO ORDERED:**

21  **Dated:  January 31, 2006**
    WILLIAM B. SHUBB
22  UNITED STATES DISTRICT JUDGE

23

24

25

STIP AND ORDER TO EXTEND TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com