**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ISRAEL HERNANDEZ,

    Defendant(s).

Case No. CR-05-331-WBS

**FILED**

OCT 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

I, GEORGE PAUL TREJO, JR.,

attorney for ISRAEL HERNANDEZ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | THE TREJO LAW FIRM |
| Address: | 701 N. 1st Street, Suite 103 |
| City: | Yakima |
| State: | Washington ZIP Code: 98901 |
| Voice Phone: | ( 509 ) 452-7777 |
| FAX Phone: | ( 509 ) 575-0803 |

Internet E-mail: gptrejo@thetrejolawfirm.com

Additional E-mail: mati@thetrejolawfirm.com

I reside in City: Mercer Island    State: Washington

    I was admitted to practice in the Washington State Supreme _____ (court) on October 1, 1990 _____ (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

EVERARDO ALVAREZ HERNANDEZ; CR-05-0095-MCE; 7-17-06 GRANTED
EDUARDO PRICE CURIEL; CR-05-113-LLK4; 9-15-06 GRANTED

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Federico Castelan Sayre

Firm Name: Law Offices of Federico Castelan Sayre

Address: 900 N. Broadway, 4th Floor

City: Santa Ana

State: California  ZIP Code: 92701

Voice Phone: (714) 832-2771

FAX Phone: (714) 550-9125

E-mail: sayresq@sayre-law.com

Dated: 10-4-06    Petitioner: [signature]

**ORDER**

IT IS SO ORDERED.

Dated: 10/12/2006    [signature]
JUDGE, U.S. DISTRICT COURT