FILED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

ORIGINAL

LODGED
OCT 11 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
ISRAEL HERNANDEZ,
    Defendant.

No. CR-05-331-WBS

ORDER RE: MOTION TO APPEAR PRO HAC VICE AND FOR SUBSTITUTION OF COUNSEL
(Proposed)

Before the Court for resolution is Defendant's Motion for Order Allowing a Nonresident Counsel to Appear Pro Hac Vice and substitute as his attorney of record. The court having considered the submissions of the defendant, and the court file in the instant action, hereby orders:

George Paul Trejo, Jr.'s Motion to Appear Pro Hac Vice is **Granted** / Denied.

George Paul Trejo, Jr. Motion to Substitute as the attorney of record for the above named defendant is **Granted** / Denied.

IT IS SO ORDERED.

The clerk is directed to file this Order and forward copies to counsel in the above captioned case.

DATED this 17, day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

| Law Offices of Federico Castelan Sayre | THE TREJO LAW FIRM |
|---|---|
| Federico Castelan Sayre | GEORGE PAUL TREJO, JR. |
| Local Counsel for Mr. Hernandez | Retained Attorney for Mr. Hernandez |

ORDER RE: MOTION TO APPEAR
PRO HAC VICE AND FOR
SUBSTITUTION OF COUNSEL

- 1 -

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I hereby certify that I have mailed by United States Postal Service the document to the following

Philly Ferrari
U.S. Attorney
555 Capitol Mall, room 1550
Sacramento, CA 95814

Danny Brace
Attorney at Law
901 H. Street, Suite 500
Sacramento, CA 95814

Gilbert Roque
Attorney at Law
913 Court Street
Woodland, CA 95695

DATED this 3rd day of October, 2006, in Yakima, Washington.

THE TREJO LAW FIRM

GEORGE PAUL TREJO, JR.

ORDER RE: MOTION TO APPEAR
PRO HAC VICE AND FOR
SUBSTITUTION OF COUNSEL        -2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901