George Paul Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Suite 103
Yakima, WA 98901
(509) 452-7777

Attorney for Israel J. Hernandez-Quintana

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-331-WBS |
| Plaintiff, ) | |
| ) | STIPULATION RE: CONTINUANCE OF |
| vs. ) | HEARING ON JUDGMENT AND |
| ) | SENTENCE |
| ISRAEL J. HERNANDEZ-QUINTANA,) | |
| ) | DATE: March 12, 2007 |
| ) | Time:   8:30 a.m. |
| ) | Hon. William B. Shubb |
| Defendant. ) | |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Philip Ferrari, Assistant United States Attorney, GEORGE PAUL TREJO, JR., counsel for defendant Israel J. Hernandez-Quintana, that the hearing on Judgment and Sentence currently set for January 22, 2007, be vacated and reset for March 12, 2007 at 8:30 a.m.

Dated this <u>19th</u> day of January, 2007.

                    **McGregor W. Scott**
                    **United States Attorney**

                     s/Philip Ferrari
                    **PHILIP FERRARI**
                    **Assistant United States Attorney**

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE        - 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

PDF created with pdfFactory trial version www.pdffactory.com

THE TREJO LAW FIRM

s/George Paul Trejo, Jr
GEORGE PAUL TREJO, JR.
Counsel for Israel J. Hernandez-Quintana

IT IS SO ORDERED.

The court having reviewed the records and files herein and considered the stipulation of the parties, IT IS HEREBY ORDERED:

1. The stipulation for a continuance of Sentencing is GRANTED. The Sentencing presently set for January 22, 2007 is hereby continued to March 12, 2007 at 8:30 a.m.

DATED this 22nd day of January, 2007.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s) and the Government. I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

THE TREJO LAW FIRM
S/George Paul Trejo, Jr.
George Paul Trejo, Jr.
Attorney at Law

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE            - 2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

PDF created with pdfFactory trial version www.pdffactory.com