George Paul Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Suite 103
Yakima, WA 98901
(509) 452-7777

Attorney for Israel J. Hernandez-Quintana

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ISRAEL J. HERNANDEZ-QUINTANA,<br><br>　　　　　　Defendant. | No. CR-05-331-WBS<br><br>STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE<br><br>DATE: April 30, 2007<br>Time: 8:30 a.m.<br>Hon. William B. Shubb |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Philip Ferrari, Assistant United States Attorney, GEORGE PAUL TREJO, JR., counsel for defendant Israel J. Hernandez-Quintana, that the hearing on Judgment and Sentence currently set for March 26, 2007, be vacated and reset for April 30, 2007 at 8:30 a.m.

Dated this <u>23rd</u> day of March, 2007.

　　　　　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　 s/Philip Ferrari
　　　　　　　　　　　　　　　　**PHILIP FERRARI**
　　　　　　　　　　　　　　　　**Assistant United States Attorney**

　　　　　　　　　　　　　　　　**THE TREJO LAW FIRM**

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE　　- 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

PDF created with pdfFactory trial version www.pdffactory.com

    s/George Paul Trejo, Jr
GEORGE PAUL TREJO, JR.
Counsel for Israel J. Hernandez-Quintana

IT IS SO ORDERED.

The court having reviewed the records and files herein and considered the stipulation of the parties,  IT IS HEREBY ORDERED:

1. The stipulation for a continuance of Sentencing is GRANTED/DENIED. The Sentencing presently set for March 26, 2007 is hereby continued to April 30, 2007 at 8:30 a.m.

DATED:  March 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s) and the Government.  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

    THE TREJO LAW FIRM
    S/George Paul Trejo, Jr.
    George Paul Trejo, Jr.
    Attorney at Law

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE   - 2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

PDF created with pdfFactory trial version www.pdffactory.com