George Paul Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Suite 103
Yakima, WA 98901
(509) 452-7777

Attorney for Israel J. Hernandez-Quintana

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-331-WBS |
| Plaintiff, | |
| vs. | STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE |
| ISRAEL J. HERNANDEZ-QUINTANA, | DATE: May 29, 2007 |
| | Time: 8:30 a.m. |
| | Hon. William B. Shubb |
| Defendant. | |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Philip Ferrari, Assistant United States Attorney, GEORGE PAUL TREJO, JR., counsel for defendant Israel J. Hernandez-Quintana, that the hearing on Judgment and Sentence currently set for April 30, 2007, be vacated and reset for May 29, 2007 at 8:30 a.m.

Dated this 27th day of April, 2007.

McGregor W. Scott
United States Attorney

 s/Philip Ferrari
**PHILIP FERRARI**
**Assistant United States Attorney**

**THE TREJO LAW FIRM**

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE         - 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

PDF created with pdfFactory trial version www.pdffactory.com

```
                    s/George Paul Trejo, Jr
                    GEORGE PAUL TREJO, JR.
                    Counsel for Israel J. Hernandez-Quintana
```

IT IS SO ORDERED.

The court having reviewed the records and files herein and considered the stipulation of the parties, IT IS HEREBY ORDERED:

1.  The stipulation for a continuance of Sentencing is GRANTED. The Sentencing presently set for April 30, 2007 is hereby continued to May 29, 2007 at 8:30 a.m.

DATED this 27thday of April, 2007.

```
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s) and the Government. I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

```
                    THE TREJO LAW FIRM
                    S/George Paul Trejo, Jr.
                    George Paul Trejo, Jr.
                    Attorney at Law
```

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE   - 2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

PDF created with pdfFactory trial version www.pdffactory.com